IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CV-0301-MJR |
| | ) |
| Joseph Jennings, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR DEFAULT JUDGMENT

The Clerk of Court having properly entered default under Federal Rule of Civil Procedure 55(a), and Plaintiff's counsel having filed the appropriate pleading and supporting affidavit, the Court **GRANTS** the United States' motion for default judgment under Rule 55(b) (Doc. 7). The Clerk of Court **SHALL ENTER JUDGMENT** in favor of Plaintiff, United States of America, and against Defendant, Joseph Jennings, in the amount of $5,937.13 (total as of August 3, 2009), plus court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest.

The total amount of the judgment entered in favor of the United States of America and against Joseph Jennings is $6,287.13.

Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

**IT IS SO ORDERED**.

DATED October 19, 2009.

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge